## *UNITED STATES DISTRICT COURT*
### *NORTHERN DISTRICT OF NEW YORK*


## JUDGMENT IN A CIVIL CASE

**Tammy Lighthall**
       Plaintiff

    vs.                                  **CASE NUMBER: 6:23-cv-1545 (MJK)**

**Commissioner of Social Security**
       Defendant


 **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**ORDERED**, that plaintiff's motion for judgment on the pleadings (Dkt. No. 13, 14) is **DENIED;** and it is further **ORDERED,** that the defendant's motion for judgment on the pleadings (Dkt. No. 16) is **GRANTED**; and it is further **ORDERED**, that the decision of the Commissioner be **AFFIRMED**, and plaintiff's complaint (Dkt. No. 1) be **DISMISSED IN ITS ENTIRETY.**


All of the above pursuant to the order of the Honorable **Mitchell J. Katz**, dated 11/21/2024.


DATED: November 21, 2024

*[signature]*
Clerk of Court


s/_____
Heather Merritt
Deputy Clerk